**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Desislava** | |
|  |  | First name | First name |
|  |  | Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **Hristova** | |
|  |  | Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7446 | |

Debtor 1    **Desislava Hristova**                                                                  Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**5357 N. East River Road, Apt. 603**
**Chicago, IL 60656**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Desislava Hristova**                                                                                    Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.**  **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.**  **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.**  **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.**  **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Desislava Hristova**                                                    Case number *(if known)*

---

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

**12.** **Are you a sole proprietor of any full- or part-time business?**

�■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

�■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

�■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Desislava Hristova**

Case number *(if known)*

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1 **Desislava Hristova**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **What kind of debts do you have?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Desislava Hristova**

**Desislava Hristova**
Signature of Debtor 1

Signature of Debtor 2

Executed on **December 2, 2016**
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1   **Desislava Hristova**                                                                 Case number *(if known)*

---

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

---

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**          Date   **December 2, 2016**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**

Printed name

**Kaplan Law Offices, P.C.**

Firm name

**3400 Dundee Road**
**Suite 150**
**Northbrook, IL 60062**

Number, Street, City, State & ZIP Code

Contact phone   **(847) 509-9800**          Email address   **alex@alexkaplanlegal.com**

**6272494**

Bar number & State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Desislava Hristova</strong></td></tr>
<tr><td></td><td>First Name      Middle Name      Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td></td></tr>
<tr><td></td><td>First Name      Middle Name      Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $ 185,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $ 1,100,650.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $ 1,285,650.00 |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,912,293.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 6,482.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 4,348,281.00 |
| **Your total liabilities** | $ 6,267,056.00 |

### Part 3:   Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $ 4,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $ 4,733.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor 1    **Desislava Hristova**

Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 6,482.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 6,482.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

**1.1**

**5357 N. East River Road**
**Unit 603**
Street address, if available, or other description

**Chicago        IL    60656-0000**
City            State   ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Held jointly as Tenants by the Entirety with spouse**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$185,000.00** | **$185,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirety**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| |
|---|
| **$185,000.00** |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1   **Desislava Hristova**                                          Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1   Make: **Toyota**
Model: **Camry**
Year: **2014**
Approximate mileage: **35,000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$15,000.00**                               **$15,000.00**

---

3.2   Make: **270 Vovlo 670**
Model: **Truck**
Year: **2015**
Approximate mileage: **290,000**
Other information:
**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$85,000.00**                               **$85,000.00**

---

3.3   Make: **277 Volvo 670**
Model: **Truck**
Year: **2016**
Approximate mileage: **152,000**
Other information:
**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$95,000.00**                               **$95,000.00**

---

3.4   Make: **279 Freightliner Cascadia 125**
Model: **Truck**
Year: **2016**
Approximate mileage: **105,000**
Other information:
**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
**$110,000.00**                              **$110,000.00**

Debtor 1    **Desislava Hristova**                                                          Case number *(if known)*

| | |
|---|---|
| 3.5 | Make: **284 Freightliner Cascadia** |

**284 Freightliner**
**Cascadia**

Model: **Truck**

Year: **2016**

Approximate mileage: **50,000**

Other information:

**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$115,000.00**          **$115,000.00**

---

3.6    Make: **285 Freightliner**
**Cascadia**

Model: **Truck**

Year: **2016**

Approximate mileage: **60,000**

Other information:

**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$115,000.00**          **$115,000.00**

---

3.7    Make: **286 Freightliner**
**Cascadia**

Model: **Truck**

Year: **2016**

Approximate mileage: **40,000**

Other information:

**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$115,000.00**          **$115,000.00**

---

3.8    Make: **288 Freightliner**
**Cascadia**

Model: **Truck**

Year: **2016**

Approximate mileage: **46,000**

Other information:

**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$115,000.00**          **$115,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Desislava Hristova**                                       Case number *(if known)*

| 3.9 | Make: | **289 Freightliner Cascadia** |
| | Model: | **Truck** |
| | Year: | **2016** |
| | Approximate mileage: | **40,000** |
| | Other information: | |

**Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $115,000.00 | $115,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **1713 Utility Dry Van** |
| | Model: | **53 Feet** |
| | Year: | **2015** |
| | Other information: | |

**Dry Van used for business Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $17,000.00 | $17,000.00 |

| 4.2 | Make: | **5 Dry Van Utility Trailers** |
| | Model: | |
| | Year: | **All 2017** |
| | Other information: | |

**1806, 1809, 1810 (Vol. Repo of 1807 & 1808 aprox. Beg. Nov. 2016) Dry Van used for business Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Valued at aprox. $25,000 each**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $125,000.00 | $125,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Desislava Hristova**                                    Case number *(if known)* _____

| 4.3 | Make: | **3 Dry Van Trailer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: _____

Year: **2016**

Other information:

**1904, 1905, 1906
Dry Van used for business
Dry va could be in name of
Grobus Freight, Inc. and/or
Debtor; debt inuring upon same
is personally guaranteed by
debtor)
Value Aprox. $20,000 each**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$60,000.00                                 $60,000.00

---

| 4.4 | Make: | **2018 Dry Van Trailer** |

Model: _____

Year: **2015**

Other information:

**Dry Van used for business
Dry va could be in name of
Grobus Freight, Inc. and/or
Debtor; debt inuring upon same
is personally guaranteed by
debtor)**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$15,000.00                                 $15,000.00

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>**

**$1,097,000.00**

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

    **General and ordinary household goods and furnishings
    Held jointly with spouse; amount reflects debtor's 1/2 interest
    therein**

    $750.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

    **I-phone, computer, printer, television**

    $300.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Desislava Hristova**                                    Case number *(if known)*

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| | |
|---|---|
| | **$1,050.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **JP Morgan Chase** Held jointly with spouse; amount reflects debtor's 1/2 interest therein | **$2,500.00** |
| 17.2. | **Checking** | **JP Morgan Chase** Held jointly with daughter; amount reflects debtor's 1/2 interest therein | **$100.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

---

Official Form 106A/B                    Schedule A/B: Property                                    page 6

Debtor 1 **Desislava Hristova**                                                            Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **100% shareholder of Globus Freight, Inc. Value of business unknow. Not currently operating.** | **100** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account:             Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Desislava Hristova**                                                    Case number *(if known)* _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                              Beneficiary:                    Surrender or refund
                                                                                     value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ☑ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**.................................................................................................................

   | $2,600.00 |

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☑ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ☑ No
   ☐ Yes. Give specific information.........

Official Form 106A/B                        Schedule A/B: Property                                          page 8

Debtor 1   **Desislava Hristova**                                    Case number *(if known)*

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55.  **Part 1: Total real estate, line 2** ........................................................................................   $185,000.00

56.  **Part 2: Total vehicles, line 5**                                    $1,097,000.00
57.  **Part 3: Total personal and household items, line 15**                 $1,050.00
58.  **Part 4: Total financial assets, line 36**                            $2,600.00
59.  **Part 5: Total business-related property, line 45**                     $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52**            $0.00
61.  **Part 7: Total other property not listed, line 54**           +         $0.00

62.  **Total personal property.** Add lines 56 through 61...   $1,100,650.00   Copy personal property total   $1,100,650.00

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                            $1,285,650.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5357 N. East River Road Unit 603 Chicago, IL 60656  Cook County Held jointly as Tenants by the Entirety with spouse**<br>Line from *Schedule A/B*: **1.1** | $185,000.00 | ■         $46,122.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-112 |
| **2014 Toyota Camry 35,000 miles**<br>Line from *Schedule A/B*: **3.1** | $15,000.00 | ■         $1,118.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| **General and ordinary household goods and furnishings**<br>**Held jointly with spouse; amount reflects debtor's 1/2 interest therein**<br>Line from *Schedule A/B*: **6.1** | $750.00 | ■         $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **I-phone, computer, printer, television**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■         $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Checking: JP Morgan Chase**<br>**Held jointly with spouse; amount reflects debtor's 1/2 interest therein**<br>Line from *Schedule A/B*: **17.1** | $2,500.00 | ■         $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Desislava Hristova**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Checking: JP Morgan Chase Held jointly with daughter; amount reflects debtor's 1/2 interest therein** Line from *Schedule A/B*: **17.2** | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| 2.1    **Ascentium Capital**<br>Creditor's Name | Describe the property that secures the claim: | $97,700.00 | $85,000.00 | $12,700.00 |

**2015 270 Vovlo 670 Truck 290,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

**23970 Hwy 59 North**
**Kingwood, TX 77339**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Truck loan**

Date debt was incurred    **Sept. 2014**        Last 4 digits of account number    _____

| | | | | |
|---|---|---|---|---|
| 2.2    **Chase Mtg**<br>Creditor's Name | Describe the property that secures the claim: | $138,878.00 | $185,000.00 | $0.00 |

**5357 N. East River Road Unit 603**
**Chicago, IL 60656  Cook County**
**Held jointly as Tenants by the Entirety with spouse**

**Po Box 24696**
**Columbus, OH 43224**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Desislava Hristova**

First Name          Middle Name          Last Name

Case number (if know) _____

☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **Opened 11/05 Last Active 01/15**

Last 4 digits of account number   **9142**

---

| 2.3 | **First Midwest Equipment Finance Co.** | Describe the property that secures the claim: | $124,950.00 | $115,000.00 | $9,950.00 |

Creditor's Name

**2016 286 Freightliner Cascadia Truck 40,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

**80 N. Gordon Elk Grove Village, IL 60007**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Truck loan**

Date debt was incurred   **Nov. 2015**

Last 4 digits of account number _____

---

| 2.4 | **Hitachi** | Describe the property that secures the claim: | $21,691.00 | $17,000.00 | $4,691.00 |

Creditor's Name

**2015 1713 Utility Dry Van 53 Feet Dry Van used for business Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

**21925 Network Place Chicago, IL 60673-1219**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Oct. 2014**

Last 4 digits of account number _____

---

| 2.5 | **Hitachi** | Describe the property that secures the claim: | $18,209.00 | $15,000.00 | $3,209.00 |

---

Debtor 1  **Desislava Hristova**

First Name        Middle Name        Last Name

Case number (if know) _____

---

Creditor's Name

**2015 2018 Dry Van Trailer**
**Dry Van used for business**
**Dry va could be in name of Grobus**
**Freight, Inc. and/or Debtor; debt**
**inuring upon same is personally**
**guaranteed by debtor)**

**21925 Network Place**
**Chicago, IL 60673-1219**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Trailer loan**

Date debt was incurred   **March 2014**

Last 4 digits of account number   _____

---

| 2.6 | **Marlin Business Bank** | | Describe the property that secures the claim: | $142,720.00 | $115,000.00 | $27,720.00 |

Creditor's Name

**2016 284 Freightliner Cascadia**
**Truck 50,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus**
**Freight, Inc. and/or Debtor; debt**
**inuring upon same is personally**
**guaranteed by debtor)**

**PO Box 13604**
**Philadelphia, PA**
**19101-3604**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Truck loan**

Date debt was incurred   **Nov. 2015**

Last 4 digits of account number   _____

---

| 2.7 | **Mercedes-Benz Financial Services** | | Describe the property that secures the claim: | $253,480.00 | $110,000.00 | $143,480.00 |

Creditor's Name

**2016 279 Freightliner Cascadia 125**
**Truck 105,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus**
**Freight, Inc. and/or Debtor; debt**
**inuring upon same is personally**
**guaranteed by debtor)**

**13650 Heritage Parkway**
**Fort Worth, TX 76177**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 7

Debtor 1  **Desislava Hristova**

First Name    Middle Name    Last Name

Case number (if know) _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Truck Loan** _____

Date debt was incurred  **Sept. 2015**  Last 4 digits of account number _____

---

| 2.8 | **Old Second National Bank** | Describe the property that secures the claim: | $258,756.00 | $115,000.00 | $143,756.00 |

Creditor's Name

**2016 288 Freightliner Cascadia
Truck 46,000 miles
Truck used for business
(Truck could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guaranteed by debtor)**

**37 South River Street
Aurora, IL 60506**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Truck loan** _____

Date debt was incurred  **Dec. 2015**  Last 4 digits of account number _____

---

| 2.9 | **Old Second National Bank** | Describe the property that secures the claim: | $258,756.00 | $115,000.00 | $143,756.00 |

Creditor's Name

**2016 289 Freightliner Cascadia
Truck 40,000 miles
Truck used for business
(Truck could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guaranteed by debtor)**

**37 South River Street
Aurora, IL 60506**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Truck loan** _____

Date debt was incurred  **Dec. 2015**  Last 4 digits of account number _____

---

| 2.10 | **Siemens Financial Services** | Describe the property that secures the claim: | $124,585.00 | $115,000.00 | $9,585.00 |

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 7

Debtor 1    **Desislava Hristova**

First Name        Middle Name        Last Name

Case number (if know) _____

---

Creditor's Name

**2016 285 Freightliner Cascadia
Truck 60,000 miles
Truck used for business
(Truck could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guaranteed by debtor)**

**PO Box 2083
Carol Stream, IL
60132-2083**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Truck loan**

Date debt was incurred    **Nov. 2015**        Last 4 digits of account number _____

---

| 2.1 | | Describe the property that secures the claim: | $141,126.00 | $125,000.00 | $16,126.00 |
|-----|---|---|---|---|---|

**2.1
1    Siemens Financial
     Services**

Creditor's Name

**All 2017 5 Dry Van Utility Trailers
1806, 1809, 1810
(Vol. Repo of 1807 & 1808 aprox.
Beg. Nov. 2016)
Dry Van used for business
Dry va could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guarante**

**PO Box 2083
Carol Stream, IL
60132-2083**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **Feb. 2016**        Last 4 digits of account number _____

---

| 2.1 | | Describe the property that secures the claim: | $58,222.00 | $60,000.00 | $0.00 |
|-----|---|---|---|---|---|

**2.1
2    Sterns Bank**

Creditor's Name

**2016 3 Dry Van Trailer
1904, 1905, 1906
Dry Van used for business
Dry va could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guaranteed by debtor)
Value Aprox. $20,000 each**

**500 13th Street
PO Box 750
Albany, MN 56307**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Desislava Hristova**

First Name          Middle Name          Last Name          Case number (if know) _____

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Trailer loan** _____

Date debt was incurred    **March 2015**        Last 4 digits of account number    _____

---

| 2.1 3 | **Toyota Motor Credit Co** | Describe the property that secures the claim: | $13,882.00 | $15,000.00 | $0.00 |

Creditor's Name

**Toyota Financial
Services
Po Box 8026
Cedar Rapids, IA 52408**

Number, Street, City, State & Zip Code

**2014 Toyota Camry 35,000 miles**

As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security on Vehicle**

Date debt was incurred    **Opened
02/14**        Last 4 digits of account number    **0001**

---

| 2.1 4 | **Volvo Financial Services** | Describe the property that secures the claim: | $259,338.00 | $95,000.00 | $164,338.00 |

Creditor's Name

**7025 Albert Pick Road
Suite 105
Greensboro, NC
27402-6131**

Number, Street, City, State & Zip Code

**2016 277 Volvo 670 Truck 152,000
miles
Truck used for business
(Truck could be in name of Grobus
Freight, Inc. and/or Debtor; debt
inuring upon same is personally
guaranteed by debtor)**

As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

Date debt was incurred    **June 2015**        Last 4 digits of account number    _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:        **$1,912,293.00**
If this is the last page of your form, add the dollar value totals from all pages.        **$1,912,293.00**

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 7

Debtor 1    **Desislava Hristova**                                         Case number (if know) _____

    First Name        Middle Name        Last Name

**Write that number here:**

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Siemens Financial Services, Inc.**
**170 Wood Avenue South**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Dept Of Ed/Navient** | Last 4 digits of account number  1119 | **$2,862.00** | **$2,862.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Claims Dept**
**Po Box 9400**
**Wilkes Barr, PA 18773**
Number Street City State ZIp Code

When was the debt incurred?      **Opened 11/12  Last Active  5/18/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**      ☐ Domestic support obligations

**Is the claim subject to offset?**                    ■ Taxes and certain other debts you owe the government
■ No                                      ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                     ☐ Other. Specify
                                          _____ **Educational** _____

Debtor 1 __Desislava Hristova__                                           Case number (if know) _____

| 2.2 | __Dept Of Ed/Navient__ | | Last 4 digits of account number __1119__ | __$3,620.00__ | __$3,620.00__ | __$0.00__ |

Priority Creditor's Name
__Attn: Claims Dept__
__Po Box 9400__
__Wilkes Barr, PA 18773__
Number Street City State Zip Code

When was the debt incurred?   __Opened 11/12  Last__
__Active  5/18/16__

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   __Educational__

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | | | Total claim |
|---|---|---|---|---|---|

| 4.1 | __Argus Capital Funding__ | Last 4 digits of account number _____ | __$71,570.00__ |

Nonpriority Creditor's Name
__85 Broad Street__
__17th Floor__
__New York, NY 10004__
Number Street City State Zip Code

When was the debt incurred?   __June 2016__

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   __Business loan for Globus Freight, Inc.;__
__personally guaranteed by debtor.__

Debtor 1   **Desislava Hristova**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2** | **Ascentium Capital** | Last 4 digits of account number _____ | **$97,700.00** |

Nonpriority Creditor's Name

**23970 Hwy 59 North**
**Kingwood, TX 77339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **Sept. 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 271 Volvo 670 Truck 220,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**
☑ Other. Specify   **Total loss on or about May 2016; salvaged**

---

| | | |
|---|---|---|
| **4.3** | **Bank of America** | Last 4 digits of account number   **4705** | **$5,893.00** |

Nonpriority Creditor's Name

**PO Box 851001**
**Dallas, TX 75285-1001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

---

Debtor 1    **Desislava Hristova** _____    Case number (if know) _____

| | | |
|---|---|---|
| **4.4** | **Bank of the Ozarks** | |

Nonpriority Creditor's Name

**17901 Chenal Parkway**
**3rd Floor**
**Little Rock, AR 72223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$17,542.00**

**When was the debt incurred?**    **Sept. 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 1711 Utility Dry Van 53 Feet**
**Dry Van used for business**
**Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol.**
■ Other. Specify    **Repo. Beg. Nov. 2016**

---

| | | |
|---|---|---|
| **4.5** | **Bank of the Ozarks** | |

Nonpriority Creditor's Name

**PO Box 242208**
**Little Rock, AR 72223-2208**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$21,768.00**

**When was the debt incurred?**    **March 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 1903 Dry Van Utility Trailer**
**Dry Van used for business**
**Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same**
■ Other. Specify    **is personally guaranteed by debtor)**

---

Debtor 1  **Desislava Hristova**

Case number (if know) _____

| | | |
|---|---|---|
| **4.6** | **Bank of the Ozarks** | Last 4 digits of account number _____  $17,750.00 |

Nonpriority Creditor's Name
**PO Box 242208**
**Little Rock, AR 72223-2208**
Number Street City State Zip Code

When was the debt incurred?   **May 2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 9915 Dry Van Trailer**
**Dry Van used for business**
**Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same**

☐ Yes

■ Other. Specify **is personally guaranteed by debtor)**

| | | |
|---|---|---|
| **4.7** | **BMO Harris Bank** | Last 4 digits of account number _____  $282,430.00 |

Nonpriority Creditor's Name
**300 E. Jon Carpenter Freeway**
**Irving, TX 75062-2712**
Number Street City State Zip Code

When was the debt incurred?   **May 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2014 266 Volov 670 Truck 293,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

☐ Yes

■ Other. Specify **Vol. Repo aprox. Sept./Oct. 2016**

Debtor 1    **Desislava Hristova**

Case number (if know) _____

| 4.8 | **BMO Harris Bank** | Last 4 digits of account number _____ | $282,430.00 |

Nonpriority Creditor's Name

**300 E. John Carpenter Freeway
Irving, TX 75062-2712**

When was the debt incurred?    **May 2016**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2014 268 Volvo 670 Truck 300,500 miles
Truck used for business
(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

■ Other. Specify    **Vol. Repo Aprx. Sept./Oct. 2016**

| 4.9 | **BMO Hassi Bank** | Last 4 digits of account number _____ | $282,430.00 |

Nonpriority Creditor's Name

**300 E. John Carpenter Freeway
Irving, TX 75062-2712**

When was the debt incurred?    **May 2016**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2014 267 Volvo 670 Truck 281,500 miles
Truck used for business
(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

■ Other. Specify    **Vol. Repo aprox. Sept./Oct. 2016**

Debtor 1  **Desislava Hristova**                                                Case number (if know) _____

---

| 4.1 0 | **Bondar Insurance Group, Inc.** | Last 4 digits of account number  **4576** | $59,658.00 |

Nonpriority Creditor's Name
**619 Enterprise Drive, Suite 202**
**Oak Brook, IL 60523**

**When was the debt incurred?** _____

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Insurance in name of Globus Freight, Inc.;**
                                                   **amount reflects unpaid premiums; may be**
                                                   **personally guaranteed by debtor; included**
☐ Yes                            ■ Other. Specify  **for purposes of notice and discharge.**

---

| 4.1 1 | **Can Capital, Inc.** | Last 4 digits of account number _____ | $128,130.00 |

Nonpriority Creditor's Name
**2015 Vaughn Road**
**Suite 500**
**Kennesaw, GA 30144**

**When was the debt incurred?**  **May 2016**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Business loan for Globus Freight, Inc.;**
☐ Yes                            ■ Other. Specify  **personally guaranteed by debtor.**

---

| 4.1 2 | **Cap Call, LLC** | Last 4 digits of account number _____ | $200,000.00 |

Nonpriority Creditor's Name
**122 East 42nd Street**
**Suite 2112**
**New York, NY 10168**

**When was the debt incurred?**  **May 2016**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Business loan in name of Globus Freight,**
☐ Yes                            ■ Other. Specify  **Inc.; personally guaaranteed by debtor.**

---

Debtor 1   **Desislava Hristova**                                                                     Case number *(if know)*

| 4.1 3 | **Capital One** | Last 4 digits of account number | **7679** | **$19,174.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**        **Opened 01/15  Last Active 06/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account used for business purposes**

| 4.1 4 | **Chase** | Last 4 digits of account number | **5863** | **$1,901.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

| 4.1 5 | **Chase** | Last 4 digits of account number | **3673** | **$21,847.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1423**
**Charlotte, NC 28201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business credit card in name of Globus Freight, Inc.**

Debtor 1   **Desislava Hristova**

Case number (if know) _____

---

**4.16**

**Chase Bank**
Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **9241**                     **$5,525.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business credit card in name of Globus Freight, inc.**

---

**4.17**

**Chase Bank**
Nonpriority Creditor's Name
**PO Box 15153**
**Wilmington, DE 19886-5153**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0836**                     **$203.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Overdraft of bank account in name of Globus Freight, Inc.; may be personally guaranteed by debtor.**

---

**4.18**

**Citi Cards**
Nonpriority Creditor's Name
**PO Box 78045**
**Phoenix, AZ 85062-8045**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0215**                     **$4,783.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Desislava Hristova**                                      Case number (if know) _____

---

| 4.19 | **Comcast** | | Last 4 digits of account number | **6905** | | **$9,051.00** |

Nonpriority Creditor's Name
**PO Box 3002**
**Southeastern, PA 19398-3002**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business loan for Globus Freight, Inc.; personally guaranteed by debtor.**

---

| 4.20 | **Comercial Credit Group, Inc.** | | Last 4 digits of account number | | | **$196,480.00** |

Nonpriority Creditor's Name
**PO Box 60121**
**Charlotte, NC 28260-0121**
Number Street City State Zip Code

**When was the debt incurred?**   **March 2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 273 Volvo 670 Truck 150,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**
■ Other. Specify   **Repo Aprox. Oct. 2016**

---

Debtor 1   **Desislava Hristova**                                          Case number (if know) _____

| | | |
|---|---|---|
| **4.2** **1** | **Commcercial Credit Group, Inc.** | **$101,300.00** |

Nonpriority Creditor's Name

**PO Box 60121**
**Charlotte, NC 28260-0121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **March 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 275 Volvo 670 Truck 192,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight,**
**Inc. and/or Debtor; debt inuring upon same**
■ Other. Specify **is personally guaranteed by debtor)**

---

| | | |
|---|---|---|
| **4.2** **2** | **Commercial Credit Group, Inc.** | **$95,400.00** |

Nonpriority Creditor's Name

**PO Box 60121**
**Charlotte, NC 28260-0121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **Dec. 20115**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2015 272 Volvo 670 Truck 200,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight,**
**Inc. and/or Debtor; debt inuring upon same**
■ Other. Specify **is personally guaranteed by debtor)**

Debtor 1   **Desislava Hristova**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 3** | **Commercial Credit Group, Inc.** | Last 4 digits of account number _____   $186,480.00 |

Nonpriority Creditor's Name
**PO Box 60121**
**Charlotte, NC 28260-0121**

Number Street City State Zip Code

When was the debt incurred?   **March 2015**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No

- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **2016 274 Volvo 670 Truck 192,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

| | | |
|---|---|---|
| **4.2 4** | **Fleet One** | Last 4 digits of account number **1131**   $35,000.00 |

Nonpriority Creditor's Name
**613 Bakertown Road**
**Antioch, TN 37013**

Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No

- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business credit; fuel card in name of Globus Freight, Inc.; may be personally guaranteed by debtor.**

Debtor 1    **Desislava Hristova**                                          Case number (if know)

| | |
|---|---|
| **4.2 5** | |

| | | |
|---|---|---|
| **Funding Circle** | Last 4 digits of account number    **1919** | **$85,126.00** |
| Nonpriority Creditor's Name | | |
| **747 Front Street** | **When was the debt incurred?**    **Nov. 2015** | |
| **4th Floor** | | |
| **San Francisco, CA 94111** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ■ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify    **Business loan for Globus Freight, Inc.; personally guaranteed by debtor.** | |

| | |
|---|---|
| **4.2 6** | |

| | | |
|---|---|---|
| **GE Transporation Finance** | Last 4 digits of account number    | **$139,257.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 642222** | **When was the debt incurred?**    **August 2015** | |
| **Pittsburgh, PA 15264-2222** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify    **2016 278 Volvo 670 Truck 135,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Repo Aorx. Nov. 2016** | |

Debtor 1  **Desislava Hristova**

Case number (if know) _____

---

| 4.27 | | |
|---|---|---|

**GE Transporation Finance**

Nonpriority Creditor's Name

**PO Box 642222**
**Pittsburgh, PA 15264-2222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$130,590.00**

When was the debt incurred?    **Oct. 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 281 Freighliner Cascadia Truck**
**120,000 miles**
**Truck used for business**
■ Other. Specify **(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Nov. 2016**

---

| 4.28 | | |
|---|---|---|

**Gibraltar Capital Advance**

Nonpriority Creditor's Name

**400 Skokie Blvd.**
**Ste. 375**
**Northbrook, IL 60062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8643**    **$297,140.00**

When was the debt incurred?    **May 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business loan for Globus Freight, Inc.; personally guaranteed by debtor.**

---

Debtor 1   **Desislava Hristova**                                              Case number *(if know)*

---

| 4.29 | | | | |

**GPS Insight**

Nonpriority Creditor's Name

**7201 E. Henkel Way, Unit 400**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **6340**                    $400.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **GPS system for trucks in name of Globus Freight, Inc.; may be personally guaranteed by debtor.**

---

| 4.30 | | | | |

**Hitachi**

Nonpriority Creditor's Name

**21925 Network Place**
**Chicago, IL 60673-1219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                    $125,005.00

**When was the debt incurred?**     **Dec. 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **2016 287 Freightliner Cascadia Truck 55,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Vol. Repo Dec. 2016**

---

Debtor 1   **Desislava Hristova**

Case number (if know) _____

| 4.3<br>1 | **Hitachi** | Last 4 digits of account number _____ | **$21,691.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**21925 Network Place**
**Chicago, IL 60673-1219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Oct. 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **2017 1712 Utility Dry Van 53 Feet**
**Dry Van used for business**
**Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Aprox. Beg. Nov. 2016**

---

| 4.3<br>2 | **Macy's Credit Card** | Last 4 digits of account number   **6784** | **$2,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 8061**
**Mason, OH 45040-8061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Desislava Hristova**

Case number (if know) _____

---

| 4.3 3 | **Mercedez-Benz Financial Services** | Last 4 digits of account number _____ | $253,480.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**13650 Heritage Parkway**
**Fort Worth, TX 76177**

Number Street City State Zip Code

**When was the debt incurred?**    **Sept. 2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **2016 280 Freighliner Cascadia Truck 85,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Beg. Nov. 2016**

---

| 4.3 4 | **Quarterspot** | Last 4 digits of account number _____ | $122,497.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4601 N. Fairfax Drive**
**Suite 1120**
**Arlington, VA 22203**

Number Street City State Zip Code

**When was the debt incurred?**    **April 2016**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business loan for Globus Freight, Inc.; personally guaranteed by debtor.**

---

Debtor 1   **Desislava Hristova**                                          Case number (if know)

| | | |
|---|---|---|
| **4.3 5** | **Triumph Commercial Finance** | |

Nonpriority Creditor's Name

**12700 Park Central Drive**
**Suite 1700**
**Dallas, TX 75251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____                    **$237,894.00**

**When was the debt incurred?**    **Sept. 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 282 Freighliner Cascadia Truck 65,500 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol.**
**Repo. Beg. 2016**

☐ Yes                                   ■ Other. Specify

---

| | | |
|---|---|---|
| **4.3 6** | **Triumph Commercial Finance** | |

Nonpriority Creditor's Name

**12700 Park Central Drive**
**Suite 1700**
**Dallas, TX 75251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____                    **$237,894.00**

**When was the debt incurred?**    **September 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 283 Freightliner Cascadia Truck 75,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol.**
**Rep. Beg. Nov. 2016**

☐ Yes                                   ■ Other. Specify

Debtor 1    **Desislava Hristova**                                                      Case number (if know) _____

| | | |
|---|---|---|
| **4.3 7** | **Triumph Commercial Finance** | $103,532.00 |

Nonpriority Creditor's Name

**12700 Park Central Drive**
**Suite 1700**
**Dallas, TX 75251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **Sept. 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 4 Dry Van Trailers**
**7008, 7009, 7010, 7011**
**Dry Van used for business**
**Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor); Vol.**
■ Other. Specify **Repo. Beg. 2016**

---

| | | |
|---|---|---|
| **4.3 8** | **TruckLendersUSA** | $59,138.00 |

Nonpriority Creditor's Name

**23 Berry Hill Road**
**Oyster Bay, NY 11771**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **July 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**2013 269 Volvo Truck with aprox. 500,000 miles**
**Truck used for business**
**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same**
■ Other. Specify **is personally guaranteed by debtor)**

---

Debtor 1  **Desislava Hristova**
Case number (if know)

---

**4.39**

**Verizon Networkfleet**
Nonpriority Creditor's Name

**6363 Greenwich Drive**
**Ste. 200**
**San Diego, CA 92122-5987**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **2998**                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **GPS system for trucks; in name of Glubus Freight, Inc.; maybe personally guaranteed by debtor; amount outstanding unknonw. Debtor's company under 36 month contract.**

---

**4.40**

**Visa Dept Store National Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 8053**
**Mason, OH 45040**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **9150**                    **$284.00**

When was the debt incurred?  **Opened 11/10  Last Active 6/10/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account**

---

Debtor 1    **Desislava Hristova**
_____    Case number (if know) _____

| 4.4 1 | **Volvo Financial Services** | **Last 4 digits of account number** ___ ___ ___ ___ | **$259,338.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**7025 Albert Pick Road**
**Suite 105**
**Greensboro, NC 27402-6131**

Number Street City State Zip Code

**When was the debt incurred?**    **June 2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **2016 276 Volvo 670 Truck 100,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

| 4.4 2 | **Yellowstone Capital, LLC** | **Last 4 digits of account number** ___ ___ ___ ___ | **$128,570.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**160 Pearl Street**
**5th Floor**
**New York, NY 10005**

Number Street City State Zip Code

**When was the debt incurred?**    **May 2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business loan for Globus Freight, Inc.; personally guaranteed by debtor.**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Piolot Travel Centers**
**5508 Lonas Road**
**Knoxville, TN 37909**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name and Address
**Richmond Capital Group, LLC**
**125 Maiden Lane**
**Suite 501**
**New York, NY 10038**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name and Address
**Vincent T. Borst**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1   **Desislava Hristova**                                                Case number (if know) _____

**Robbins, Salomon, & Patt, Ltd.**                              ■ Part 2: Creditors with Nonpriority Unsecured Claims
**180 N. LaSalle Street, Suite 3300**
**Chicago, IL 60601**

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Yellowstone Capital, LLC** | Line **4.42** of (Check one): |
| **One Evertrust Plaza** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **14th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Jersey City, NJ 07302** | |

Last 4 digits of account number _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 6,482.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 6,482.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,348,281.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,348,281.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| **2.2** <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| **2.3** <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| **2.4** <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| **2.5** <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1     **Desislava Hristova**
       First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**TruckLendersUSA** |
| 3.2   **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**BMO Harris Bank** |
| 3.3   **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**BMO Hassi Bank** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Desislava Hristova**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.8**___<br>☐ Schedule G _____<br>**BMO Harris Bank** |
| 3.5  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ■ Schedule D, line ___**2.1**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ascentium Capital** |
| 3.6  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Ascentium Capital** |
| 3.7  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Commercial Credit Group, Inc.** |
| 3.8  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Commcercial Credit Group, Inc.** |
| 3.9  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Commercial Credit Group, Inc.** |
| 3.10  **Globus Freights, Inc.**<br>**2300 E. Higgins Raod**<br>**Ste. 380**<br>**Elk Grove Village, IL 60007** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**Comercial Credit Group, Inc.** |

Debtor 1  **Desislava Hristova**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

**3.11**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**Volvo Financial Services**

---

**3.12**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line __2.14__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Volvo Financial Services**

---

**3.13**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**GE Transporation Finance**

---

**3.14**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**Mercedez-Benz Financial Services**

---

**3.15**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mercedes-Benz Financial Services**

---

**3.16**  **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**GE Transporation Finance**

---

| Debtor 1 | **Desislava Hristova** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.17** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line **4.35**
☐ Schedule G _____
**Triumph Commercial Finance**

---

**3.18** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line **4.36**
☐ Schedule G _____
**Triumph Commercial Finance**

---

**3.19** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line **2.6**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Marlin Business Bank**

---

**3.20** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line **2.10**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Siemens Financial Services**

---

**3.21** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Midwest Equipment Finance Co.**

---

**3.22** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line **4.30**
☐ Schedule G _____
**Hitachi**

---

**3.23** **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line **2.8**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Old Second National Bank**

---

| Debtor 1 | **Desislava Hristova** | Case number *(if known)* |
|---|---|---|

▌ **Additional Page to List More Codebtors**

| **Column 1:** Your codebtor | **Column 2:** The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|

3.24    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line __2.9__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Old Second National Bank**

---

3.25    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Bank of the Ozarks**

---

3.26    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**Hitachi**

---

3.27    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Hitachi**

---

3.28    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

■ Schedule D, line __2.11__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Siemens Financial Services**

---

3.29    **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Bank of the Ozarks**

---

Debtor 1  **Desislava Hristova**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.30 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ■ Schedule D, line ___2.12___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Sterns Bank** |
| 3.31 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ■ Schedule D, line ___2.5___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Hitachi** |
| 3.32 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.37___ ☐ Schedule G _____ **Triumph Commercial Finance** |
| 3.33 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.6___ ☐ Schedule G _____ **Bank of the Ozarks** |
| 3.34 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.16___ ☐ Schedule G _____ **Chase Bank** |
| 3.35 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.15___ ☐ Schedule G _____ **Chase** |
| 3.36 **Globus Freights, Inc.** **2300 E. Higgins Raod** **Ste. 380** **Elk Grove Village, IL 60007** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.29___ ☐ Schedule G _____ **GPS Insight** |

| Debtor 1 | **Desislava Hristova** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.37 **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Fleet One**

3.38 **Globus Freights, Inc.**
**2300 E. Higgins Raod**
**Ste. 380**
**Elk Grove Village, IL 60007**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Cap Call, LLC**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Unemployed** | **Self-employed truck driver** |
| | Employer's name | **Unemployed** | **Self-employed truck driver** |
| | Employer's address | **5357 N. East River Road, Unit 603<br>Chicago, IL 60656** | **5357 N. East River Road, Unit 603<br>Chicago, IL 60656** |
| | How long employed there? | **End of June 2016 to present** | **2006 to present** |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1  **Desislava Hristova**                                            Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 4,000.00 |

8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |

8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |

8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $ 0.00 | $ 0.00 |

8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |

8h. **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 | + $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 4,000.00 |

**10. Calculate monthly income.** Add line 7 + line 9. | 10. | $ 0.00 | + $ 4,000.00 | = $ 4,000.00 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. +$ 0.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 4,000.00 |
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

> **Debtor's family income, specifically that of her spouse, is approximately how much he earns gross. Spouse has certain expenses while on the road, such as protective clothing, small tools, showers, occasional lodging, and food & meals while on the road.  At this time, those expenses fluctuate and cannot be determined at time of filing.**

Fill in this information to identify your case:

Debtor 1 **Desislava Hristova**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.      ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | Daughter | 17 | ☐ No ■ Yes |
   | | Son | 25 | ☐ No ■ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.      4. $ _____1,043.00

   **If not included in line 4:**

   4a. Real estate taxes      4a. $ _____0.00
   4b. Property, homeowner's, or renter's insurance      4b. $ _____0.00
   4c. Home maintenance, repair, and upkeep expenses      4c. $ _____200.00
   4d. Homeowner's association or condominium dues      4d. $ _____163.00
5. **Additional mortgage payments for your residence,** such as home equity loans      5. $ _____0.00

Debtor 1   **Desislava Hristova**                                              Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **400.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **100.00** |
| 10. | **Personal care products and services** | | 10. | $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **700.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **120.00** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **421.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify:   **Student loans** | 17c. | $ | **86.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **4,733.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **4,733.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | **4,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **4,733.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | **-733.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Desislava Hristova** | X _____ |
| **Desislava Hristova** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **December 2, 2016** | Date _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Desislava Hristova** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2      Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$28,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Desislava Hristova**                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $495,278.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $184,807.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | **Federal Income Tax Return** | $3,811.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | **Federal Income Tax Return** | $3,366.00 | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.    Go to line 7.
■   Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Desislava Hristova**

Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chase Mtg**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **Once per month at $1,043** | **$3,129.00** | **$138,878.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Toyota Motor Credit Co**<br>**Toyota Financial Services**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52408** | **Once per month at $421** | **$1,263.00** | **$13,882.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CML Factors, LLC v. Hristova, et al.**<br>**003516770** | **Filing of consent judgment on loan for Glubus Freight, Inc., personally guaranteed by debtor on 6/22/2016.** | **Kings Borough Supreme Court**<br>**Civil Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Gibraltar Capital Advance, LLC v. Hristova, et al.**<br>**2016-L-8643** | **Breach of Contract** | **Cook Coutny State's Attorney's Offi**<br>**69 W. Washington Street**<br>**Chicago, IL 60602-3023** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Desislava Hristova**                                                Case number (*if known*)_____

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **TruckLendersUSA**<br>**23 Berry Hill Road**<br>**Oyster Bay, NY 11771** | **2013 269 Volvo Truck with aprox. 500,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **July 2016** | **$40,000.00** |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **2015 271 Volvo Truck 220,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Total loss on or about May 2016; salvaged; not in debtor**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **May 2016** | **$85,000.00** |
| **BMO Harris Bank**<br>**300 E. Jon Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 266 Volov 670 Truck 293,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **September/October 2015** | **$60,000.00** |
| **BMO Hassi Bank**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 267 Volvo 670 Truck 281,500 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo aprox. Sept./Oct. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Oct./Sept. 2016** | **$60,000.00** |

Debtor 1  **Desislava Hristova**                                    Case number (*if known*)

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **BMO Harris Bank**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 268 Volvo 670 Truck 300,500 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Sept./Oct.**<br>**2016** | **$60,000.00** |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **2015 271 Volvo 670 Truck 220,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br>**Total loss on or about May 2016; salvaged**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **May 2016** | **$85,000.00** |
| **Commercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | **2015 272 Volvo 670 Truck 200,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Oct. 2016** | **$85,000.00** |
| **Comercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | **2015 273 Volvo 670 Truck 150,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br>**Repo Aprox. Oct. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Oct. 2016** | **$85,000.00** |

Debtor 1    **Desislava Hristova**                                                     Case number *(if known)*

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Commercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | **2016 274 Volvo 670 Truck 192,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Nov. 2016** | **$93,000.00** |
| **Commcercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | **2015 275 Volvo 670 Truck 192,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **End of Nov.**<br>**2016** | **$85,000.00** |
| **Volvo Financial Services**<br>**7025 Albert Pick Road**<br>**Suite 105**<br>**Greensboro, NC 27402-6131** | **2016 276 Volvo 670 Truck 100,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **End of Nov.**<br>**2016** | **$95,000.00** |
| **GE Transporation Finance**<br>**PO Box 642222**<br>**Pittsburgh, PA 15264-2222** | **2016 278 Volvo 670 Truck 135,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor). Repo**<br>**Aorx. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. of Nov.**<br>**2016** | **$95,000.00** |

Debtor 1   **Desislava Hristova**                                                          Case number (*if known*)

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Mercedez-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **2016 280 Freighliner Cascadia Truck 85,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Beg. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. Nov. 2016** | **$110,000.00** |
| **GE Transporation Finance**<br>**PO Box 642222**<br>**Pittsburgh, PA 15264-2222** | **2016 281 Freighliner Cascadia Truck 120,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. Nov. 2016** | **$105,000.00** |
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **2016 282 Freighliner Cascadia Truck 65,500 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Repo. Beg. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. Nov. 2016** | **$110,000.00** |
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **2016 283 Freightliner Cascadia Truck 75,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor). Vol. Rep. Beg. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Vol. Repo Aprox. Beg. 2016** | **$110,000.00** |

Debtor 1   **Desislava Hristova**                                                                Case number *(if known)*

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Bank of the Ozarks**<br>**17901 Chenal Parkway**<br>**3rd Floor**<br>**Little Rock, AR 72223** | **2015 1711 Utility Dry Van 53 Feet**<br>**Dry Van used for business**<br>**Dry va could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor). Vol.**<br>**Repo. Beg. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Vol. Repo.**<br>**Aprox. Beg.**<br>**Nov. 2016** | **$17,000.00** |
| **Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | **2017 1712 Utility Dry Van 53 Feet**<br>**Dry Van used for business**<br>**Dry va could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor). Vol.**<br>**Repo. Aprox. Beg. Nov. 2016**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. 2016** | **$17,000.00** |
| **Siemens Financial Services**<br>**PO Box 2083**<br>**Carol Stream, IL 60132-2083** | **All 2017 5 Dry Van Utility Trailers**<br>**1807, 1808**<br>**(Vol. Repo of 1807 & 1808 aprox. Beg. Nov.**<br>**2016)**<br>**Dry Van used for business**<br>**Dry va could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is persona**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. 2016** | **$50,000.00** |
| **Bank of the Ozarks**<br>**PO Box 242208**<br>**Little Rock, AR 72223-2208** | **2016 1903 Dry Van Utility Trailer**<br>**Dry Van used for business**<br>**Dry va could be in name of Grobus Freight,**<br>**Inc. and/or Debtor; debt inuring upon same**<br>**is personally guaranteed by debtor)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **Beg. Nov.**<br>**2016** | **$20,000.00** |

Debtor 1   **Desislava Hristova**

Case number *(if known)*

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| **Triumph Commercial Finance** <br> **12700 Park Central Drive** <br> **Suite 1700** <br> **Dallas, TX 75251** | **2016 4 Dry Van Trailers** <br> **7008, 7009, 7010, 7011** <br> **Dry Van used for business** <br> **Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor); Vol. Repo. Beg. 2016** <br><br> ■ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | | **$80,000.00** |
| **Bank of the Ozarks** <br> **PO Box 242208** <br> **Little Rock, AR 72223-2208** | **2015 9915 Dry Van Trailer** <br> **Dry Van used for business** <br> **Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** <br><br> ■ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **Vol. Repo. Beg. Nov. 2016** | **$16,000.00** |
| **Hitachi** <br> **21925 Network Place** <br> **Chicago, IL 60673-1219** | **2016 287 Freightliner Cascadia Truck** <br> **55,000 miles** <br> **Truck used for business** <br> **(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Vol. Repo Dec. 2016** <br><br> ■ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | **Dec. 2016** | **$95,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1    **Desislava Hristova**                                                    Case number *(if known)*

---

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

---

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **2015 Volvo Truck and 2016 Dry Van Trailer**<br>**Both were a "total loss" and salvaged**<br>**For the truck, insurance paid out $87,000**<br>**For the trailer, insurance paid out $24,000**<br>**Funds went directly to lien holder** | **Truck and trailer were in name of Globus Freight, Inc.** | **May 2016** | **$111,000.00** |

---

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kaplan Law Offices, P.C.**<br>**3400 Dundee Road**<br>**Suite 150**<br>**Northbrook, IL 60062**<br>**alex@alexkaplanlegal.com** | **Attorney Fees** | **June 30, 2016** | **$500.00** |

---

Debtor 1    **Desislava Hristova**                                              Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kaplan Law Offices, P.C.**<br>**3400 Dundee Road**<br>**Suite 150**<br>**Northbrook, IL 60062**<br>**alex@alexkaplanlegal.com** | **Attorney Fees** | **July 25, 2016** | **$1,300.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **VI Truck**<br><br>**Purchaser** | **5479, 5480, 5481**<br>**Dry Van used for business**<br>**Dry va could be in name of**<br>**Grobus Freight, Inc. and/or**<br>**Debtor; debt inuring upon**<br>**same is personally**<br>**guaranteed by debtor)**<br>**Value aprox. 50,000 total** | **Funds used to pay off**<br>**GE Capital** | **Oct. 2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Desislava Hristova**                                                    Case number *(if known)*

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **GE Transporation Finance PO Box 538121 Atlanta, GA 30353-8121** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Purchase money security** | **Oct. 2016 Sale of 3 trailers (identifed as 5479, 5480, 5481); funds used to offset loan** | **$50,000.00** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ☑ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Desislava Hristova**                                                    Case number *(if known)*

---

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Globus Freight, Inc.**<br>**2300 E. Higgins Road, Ste. 318**<br>**Elk Grove Village, IL 60007** | **Trucking**<br><br>**B&B, LLP**<br>**1580 N. Northwest Hwy, Ste. 216**<br>**Park Ridge, Illinois 60068** | EIN:     **26-0746467**<br><br>From-To   **Sept. 5, 2007 to present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **BMO Harris Bank**<br>**300 E. Jon Carpenter Freeway**<br>**Irving, TX 75062-2712** | **May 2016** |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **Sept. 2014** |
| **Commercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | **Dec. 2014 & 3 in June 2016**<br>**2 in March 2015** |

---

Debtor 1  **Desislava Hristova**                                              Case number *(if known)*

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Volvo Financial Services**<br>**7025 Albert Pick Road**<br>**Suite 105**<br>**Greensboro, NC 27402-6131** | **March 2015 & June 2016** |
| **GE Transporation Finance**<br>**PO Box 642222**<br>**Pittsburgh, PA 15264-2222** | **August 2015, Oct. 2015, 2 in June 2016, July 2016** |
| **Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Sept. 2015 & June 2016** |
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **Sept. 2015 & June 2016** |
| **Marlin Business Bank**<br>**PO Box 13604**<br>**Philadelphia, PA 19101-3604** | **Nov. 2015 & June 2016** |
| **Siemens Financial Services**<br>**PO Box 2083**<br>**Carol Stream, IL 60132-2083** | **Nov. 2015, Feb. 2016 & June 2016** |
| **First Midwest Equipment Finance Co.**<br>**80 N. Gordon**<br>**Elk Grove Village, IL 60007** | **Nov. 2015** |
| **Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | **Oct. 2014, March 2015, Dec. 2015 & July 2016** |
| **Old Second National Bank**<br>**37 South River Street**<br>**Aurora, IL 60506** | **Dec. 2015** |
| **Bank of the Ozarks**<br>**17901 Chenal Parkway**<br>**3rd Floor**<br>**Little Rock, AR 72223** | **Sept. 2014, March 2015 & July 2016** |
| **Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | **March 2014 & July 2016** |
| **Sterns Bank**<br>**500 13th Street**<br>**PO Box 750**<br>**Albany, MN 56307** | **March 2015** |
| **Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**5th Floor**<br>**New York, NY 10005** | **May 2016** |
| **Quarterspot**<br>**4601 N. Fairfax Drive**<br>**Suite 1120**<br>**Arlington, VA 22203** | **April 2016** |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page **14**

Debtor 1   **Desislava Hristova**
_____   Case number *(if known)* _____

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Can Capital, Inc.**<br>**2015 Vaughn Road**<br>**Suite 500**<br>**Kennesaw, GA 30144** | **May 2016** |
| **Funding Circle**<br>**747 Front Street**<br>**4th Floor**<br>**San Francisco, CA 94111** | **Nov. 2015** |
| **Argus Capital Funding**<br>**85 Broad Street**<br>**17th Floor**<br>**New York, NY 10004** | **June 2016** |
| **Gibraltar Capital Advance**<br>**400 Skokie Blvd.**<br>**Ste. 375**<br>**Northbrook, IL 60062** | **May 2016** |
| **Cap Call, LLC**<br>**122 East 42nd Street**<br>**Suite 2112**<br>**New York, NY 10168** | **May 2016** |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Desislava Hristova**
_____          _____
**Desislava Hristova**                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **December 2, 2016**
_____          Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Desislava Hristova** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7           12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ascentium Capital**<br><br>Description of property securing debt: **2015 270 Vovlo 670 Truck 290,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Chase Mtg**<br><br>Description of property securing debt: **5357 N. East River Road Unit 603 Chicago, IL 60656  Cook County Held jointly as Tenants by the Entirety with spouse** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  __Desislava Hristova__                                    Case number (*if known*) _____

| Creditor's name: | **First Midwest Equipment Finance Co.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2016 286 Freightliner Cascadia Truck 40,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Paid for by business** | |

| Creditor's name: | **Hitachi** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2015 1713 Utility Dry Van 53 Feet Dry Van used for business Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Paid for by business** | |

| Creditor's name: | **Hitachi** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2015 2018 Dry Van Trailer Dry Van used for business Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Paid for by business** | |

| Creditor's name: | **Marlin Business Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2016 284 Freightliner Cascadia Truck 50,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Paid for by business** | |

| Creditor's name: | **Mercedes-Benz Financial Services** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |
| Description of property | **2016 279 Freightliner Cascadia 125 Truck 105,000 miles Truck used for business** | | |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

Debtor 1 __**Desislava Hristova**__    Case number *(if known)* _____

| | |
|---|---|
| property<br>securing debt: | **(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** |

☑ Retain the property and [explain]:

**Paid for by business**

---

Creditor's name:    **Old Second National Bank**

Description of property securing debt:

**2016 288 Freightliner Cascadia Truck 46,000 miles
Truck used for business
(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]:

**Paid for by business**

☑ No

☐ Yes

---

Creditor's name:    **Old Second National Bank**

Description of property securing debt:

**2016 289 Freightliner Cascadia Truck 40,000 miles
Truck used for business
(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]:

**Paid for by business**

☑ No

☐ Yes

---

Creditor's name:    **Siemens Financial Services**

Description of property securing debt:

**2016 285 Freightliner Cascadia Truck 60,000 miles
Truck used for business
(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]:

**Paid for by business**

☑ No

☐ Yes

---

Creditor's name:    **Siemens Financial Services**

Description of property

**All 2017 5 Dry Van Utility Trailers
1806, 1809, 1810
(Vol. Repo of 1807 & 1808 aprox. Beg. Nov. 2016)
Dry Van used for business
Dry va could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*

☑ No

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  __Desislava Hristova__                                    Case number (*if known*) _____

| | | |
|---|---|---|
| property<br>securing debt: | **is personally guarante** | ■ Retain the property and [explain]:<br>__Paid for by business__ |

| | | |
|---|---|---|
| Creditor's<br>name: | **Sterns Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of<br>property<br>securing debt: | **2016 3 Dry Van Trailer<br>1904, 1905, 1906<br>Dry Van used for business<br>Dry va could be in name of<br>Grobus Freight, Inc. and/or<br>Debtor; debt inuring upon same<br>is personally guaranteed by<br>debtor)<br>Value Aprox. $20,000 each** | __Paid for by business__ | |

| | | |
|---|---|---|
| Creditor's<br>name: | **Toyota Motor Credit Co** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a<br>  *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2014 Toyota Camry 35,000 miles** | | |

| | | |
|---|---|---|
| Creditor's<br>name: | **Volvo Financial Services** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of<br>property<br>securing debt: | **2016 277 Volvo 670 Truck<br>152,000 miles<br>Truck used for business<br>(Truck could be in name of<br>Grobus Freight, Inc. and/or<br>Debtor; debt inuring upon same<br>is personally guaranteed by<br>debtor)** | __Paid for by busines__ | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 4

Debtor 1     **Desislava Hristova**                                           Case number *(if known)*

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

---

**Part 3:     Sign Below**

---

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.**

X  **/s/ Desislava Hristova**                                 X
   **Desislava Hristova**                                        Signature of Debtor 2
   Signature of Debtor 1

   Date     **December 2, 2016**                                 Date

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Desislava Hristova__                                                  Case No. _____
                                          Debtor(s)          Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ **1,465.00**

     Prior to the filing of this statement I have received _____   $ _____ **1,465.00**

     Balance Due _____   $ _____ **0.00**

2.   $ __335.00__  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor        ■ Other (specify):    **Transport Carrier**

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
     of liens on household goods.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__December 2, 2016__                              **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
_Date_                                            **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                                  _Signature of Attorney_
                                                  **Kaplan Law Offices, P.C.**
                                                  **3400 Dundee Road**
                                                  **Suite 150**
                                                  **Northbrook, IL 60062**
                                                  **(847) 509-9800   Fax: (847) 272-8779**
                                                  **alex@alexkaplanlegal.com**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re __Desislava Hristova__ _____    Case No. _____
                              Debtor(s)    Chapter  __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __101__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __December 2, 2016__ _____    __/s/ Desislava Hristova__ _____
                                          __Desislava Hristova__
                                          Signature of Debtor

Argus Capital Funding
85 Broad Street
17th Floor
New York, NY 10004


Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339


Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223


Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208


Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208


BMO Harris Bank
300 E. Jon Carpenter Freeway
Irving, TX 75062-2712


BMO Harris Bank
300 E. John Carpenter Freeway
Irving, TX 75062-2712


BMO Hassi Bank
300 E. John Carpenter Freeway
Irving, TX 75062-2712


Bondar Insurance Group, Inc.
619 Enterprise Drive, Suite 202
Oak Brook, IL 60523

Can Capital, Inc.
2015 Vaughn Road
Suite 500
Kennesaw, GA 30144


Cap Call, LLC
122 East 42nd Street
Suite 2112
New York, NY 10168


Capital One
Po Box 30285
Salt Lake City, UT 84130


Chase
PO Box 15123
Wilmington, DE 19850-5123


Chase
PO Box 1423
Charlotte, NC 28201


Chase Bank
PO Box 1423
Charlotte, NC 28201-1423


Chase Bank
PO Box 15153
Wilmington, DE 19886-5153


Chase Mtg
Po Box 24696
Columbus, OH 43224


Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Comercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121

Commcercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773


Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773


First Midwest Equipment Finance Co.
80 N. Gordon
Elk Grove Village, IL 60007


Fleet One
613 Bakertown Road
Antioch, TN 37013


Funding Circle
747 Front Street
4th Floor
San Francisco, CA 94111


GE Transporation Finance
PO Box 642222
Pittsburgh, PA 15264-2222


GE Transporation Finance
PO Box 642222
Pittsburgh, PA 15264-2222

```
Gibraltar Capital Advance
400 Skokie Blvd.
Ste. 375
Northbrook, IL 60062


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007
```

Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007

Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007

Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007

```
Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


Globus Freights, Inc.
2300 E. Higgins Raod
Ste. 380
Elk Grove Village, IL 60007


GPS Insight
7201 E. Henkel Way, Unit 400
Scottsdale, AZ 85255


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Macy's Credit Card
PO Box 8061
Mason, OH 45040-8061


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604
```

Mercedes-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Mercedez-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Old Second National Bank
37 South River Street
Aurora, IL 60506


Old Second National Bank
37 South River Street
Aurora, IL 60506


Piolot Travel Centers
5508 Lonas Road
Knoxville, TN 37909


Quarterspot
4601 N. Fairfax Drive
Suite 1120
Arlington, VA 22203


Richmond Capital Group, LLC
125 Maiden Lane
Suite 501
New York, NY 10038


Siemens Financial Services
PO Box 2083
Carol Stream, IL 60132-2083


Siemens Financial Services
PO Box 2083
Carol Stream, IL 60132-2083


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830

Sterns Bank
500 13th Street
PO Box 750
Albany, MN 56307


Toyota Motor Credit Co
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Triumph Commercial Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


Triumph Commercial Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


Triumph Commercial Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


TruckLendersUSA
23 Berry Hill Road
Oyster Bay, NY 11771


Verizon Networkfleet
6363 Greenwich Drive
Ste. 200
San Diego, CA 92122-5987


Vincent T. Borst
Robbins, Salomon, & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601


Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

```
Volvo Financial Services
7025 Albert Pick Road
Suite 105
Greensboro, NC 27402-6131


Volvo Financial Services
7025 Albert Pick Road
Suite 105
Greensboro, NC 27402-6131


Yellowstone Capital, LLC
160 Pearl Street
5th Floor
New York, NY 10005


Yellowstone Capital, LLC
One Evertrust Plaza
14th Floor
Jersey City, NJ 07302
```

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)      the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)      the effect of receiving a discharge of debts
(3)      the effect of reaffirming a debt; and
(4)      your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| | |
|---|---|
| /s/ Desislava Hristova | December 2, 2016 |
| Debtor's Signature | Date |

## 11 U.S.C. § 527(a)(2) Disclosure

In accordance with section 527(a)(2) of the Bankruptcy Code, be advised that:

1.  All information that you are required to provide with a bankruptcy petition and during a bankruptcy case must be complete, accurate, and truthful.

2.  All assets and liabilities must be completely and accurately disclosed, with the replacement value of each asset as defined in section 506 listed after reasonable inquiry to establish such value.

3.  Current monthly income, the amounts specified in the "means test" under section 707(b)(2), and disposable income in chapter 13 cases must be stated after reasonable inquiry.

4.  Information that you provide during your bankruptcy case may be audited, and the failure to provide such information may result in dismissal of the case or other sanction, including a criminal sanction.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Desislava Hristova**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION OF EXEMPTION FROM MEANS TEST

**NOTE:**  In joint cases that involve non-consumer debts, this determination must be made for each debtor, separately, based upon each debtor's personal liability for non-consumer debts.

☑      **For Individual Debtor:**

DEBTOR declares under penalty of perjury that he/she is not an individual with primarily consumer debts as that term is defined by Section 101(8) of the Bankruptcy Code.  For purposes of this determination, "primarily" means more than fifty percent of the DEBTOR'S total debt.

☐      **For Joint Debtors:**

Each of the undersigned DEBTORS declares under penalty of perjury that he/she is not an individual with primarily consumer debts as that term is defined by Section 101(8) of the Bankruptcy Code.  For purposes of this determination, "primarily" means more than fifty percent of each individual DEBTOR'S total debt.

Date   **December  2, 2016**

Signature   **/s/ Desislava Hristova**

**Desislava Hristova**

Debtor